IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  SAMUEL AND LINDA EDWARDS                    CHAPTER 13
                                                    NO. 10-04122 NPO

## OBJECTION TO SECURED CLAIM AND OTHER RELIEF

COME NOW, the Debtors, by and through counsel, and file this Objection to the following pre-petition secured claims and request the Court to set the value for the purpose of Plan Confirmation:

CREDITOR:   Vanderbilt Mortgage
            P.O. Box  9800
            Maryville, TN  37802

Description of Collateral:   1997 Pinnacle Mobile Home

Amount of Debt:              $4,024.76, the amount alleged to be due.

Treatment:                   Pay value of $4,024.76, plus interest of 0%, and
                             upon payment of same, eliminate any arrearage lien.

DEBTOR(S) pray(s) that upon payment of value plus interest, the arrearage lien be canceled by creditors.

DATED, this the 1ST day of DECEMBER, 2010.

                                        RESPECTFULLY SUBMITTED,

                                         /S/ JIM ARNOLD_____
                                        Jim Arnold, Attorney
                                        for Debtors(s)
                                        333 E. Mulberry St.
                                        Durant, MS  39063
                                        Ph.  662-653-6448
                                        MSB # 1625
                                        arnoldjh@bellsouth.net